IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES L. HUTTS                                                                    PETITIONER
ADC #116473

V.                                       NO. 5:04cv00183 JMM

LARRY NORRIS, Director,                                              RESPONDENT
Arkansas Department of Correction

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended, in its entirety, with prejudice.

IT IS SO ORDERED this __20__ day of __July__, 2007.


_____
UNITED STATES DISTRICT JUDGE