IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES L. HUTTS                                                                                    PETITIONER
ADC #116473

V.                                    NO. 5:04cv00183 JMM

LARRY NORRIS, Director,                                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended, in its entirety, with prejudice.

IT IS SO ORDERED this __20__ day of __July__, 2007.

_____
UNITED STATES DISTRICT JUDGE